01

02

03

04

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07  LESA BORQUEZ,                          )   CASE NO. C05-1370-RSL
                                           )
08          Plaintiff,                     )
                                           )
09      v.                                 )   ORDER GRANTING PLAINTIFF'S
                                           )   MOTION FOR EQUAL ACCESS TO
10  JO ANNE B. BARNHART, Commissioner      )   JUSTICE ACT FEES
    of Social Security                     )
11                                         )
            Defendant.                     )
12  _____)

13          Plaintiff has filed a motion for fees under the Equal Access to Justice Act.  (Dkt. 23.)

14  Plaintiff seeks $5,195.38 in attorney's fees and $79.10 in expenses pursuant to the Equal Access

15  to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $75.25 pursuant to 28 U.S.C. §

16  1920.  Defendant does not object to plaintiff's motion.  (Dkt. 25.)  Having considered plaintiff's

17  motion and the accompanying documents, the Court finds plaintiff's request reasonable.

18          It is therefore ORDERED:

19          (1)  Plaintiff's Motion for Equal Access to Justice Act Fees is GRANTED.  Plaintiff's

20  counsel is hereby awarded the attorney's fees, costs, and expenses requested.

21  / / /

22  / / /

ORDER GRANTING PLAINTIFF'S  MOTION
FOR EQUAL ACCESS TO  JUSTICE ACT FEES
PAGE -1

01          (2)  The Clerk shall send copies of this Order to the parties and to the Hon. Mary Alice

02 Theiler.

03          DATED this 13th day of June, 2006.

04                                                    *MrR S Lasnik*

05                                                    Robert S. Lasnik
                                                      United States District Judge

06

07 Recommended for entry
   this <u>13th</u> day of June, 2006.

08
   <u>s/ Mary Alice Theiler</u>
09 United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S  MOTION
FOR EQUAL ACCESS TO  JUSTICE ACT FEES
PAGE -2